[Cite as *Boyer v. Ohio Dept. of Transp.*, 2011-Ohio-1761.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CAMERON BOYER

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2010-09531-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On July 29, 2010, plaintiff, Cameron Boyer, filed a complaint against defendant, Department of Transportation. However, plaintiff did not provide any details with respect to the date, time, location, or nature of any alleged road hazard which caused plaintiff's damage. The only documentation attached to plaintiff's complaint was an estimate for auto repairs in the amount of $1,175.24 dated July 22, 2010 from Midas. The plaintiff submitted the filing fee.

{¶ 2} On August 6, 2010, defendant filed a motion to dismiss. In support of the motion to dismiss, defendant stated in pertinent part:

{¶ 3} "Plaintiff Boyer filed a claim at the Court of Claims of Ohio on July 29, 2010, but he did not give a date, description of his complaint or the location. Without the factors, there is no way to investigate this claim.

{¶ 4} "For these reasons, Defendant respectfully requests that the present case be dismissed."

{¶ 5} Plaintiff has not responded to defendant's motion to dismiss.

{¶ 6} Upon review, defendant's motion to dismiss is GRANTED based on the lack of evidence supplied by plaintiff. Plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case in excess of the filing fee.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Cameron Boyer
1359 Woodberry
Gahanna, Ohio 43230

Catherine Cola Perkins
Chief Legal Counsel
Department of Transportation
1980 West Broad Street
Columbus, Ohio 43223

DRB/laa
Filed 1/26/11
Sent to S.C. reporter 4/8/11